# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00405-CV

**Appellant, Double Happiness Development, Inc.// Cross-Appellant, River Oaks Ranch Homeowners Association**

**v.**

**Appellee, River Oaks Ranch Homeowners Association// Cross-Appellee, Double Happiness Development, Inc.**

---

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-1284, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Double Happiness Development, Inc., and Cross Appellant River Oaks Ranch Homeowners Association have filed a joint motion to dismiss their respective appeals. We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.1(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed on Joint Motion

Filed: March 30, 2021